## THARP v. BURLINGTON & SOUTHWESTERN R'Y CO.

*Appeal from Van Buren Circuit Court.*

FRIDAY, MARCH 24.

*P. Henry Smyth,* for appellant.

*Work & Lea,* for appellee.

SEEVERS, CH. J.—The facts in this case are precisely identical with those in *Hibbs v. S. W. R. Co.,* 29 Iowa, 340, and the ruling will, therefore, be the same.

AFFIRMED.